920

No. 444. FISHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 445. MARTIN ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *John O'C. FitzGerald* for petitioners. *Solicitor General Marshall* for respondent.

No. 446. CENTRAL OF GEORGIA RAILWAY CO. ET AL. v. ALTMAN ET AL. C. A. D. C. Cir. Certiorari denied. *Gerhard A. Gesell* for petitioners. *Victor A. Altman, pro se,* and for other respondent.

No. 448. CITY OF MIAMI BEACH v. KIRSNER ET UX. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Burnett Roth* for petitioner. *John M. Thomson* for respondents.

No. 453. RUTH v. BLUE RIVER CONSTRUCTORS ET AL. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Charles R. Ault* for respondents.

No. 459. AMERICAN INFRA-RED RADIANT CO., INC., ET AL. v. LAMBERT INDUSTRIES, INC., ET AL. C. A. 8th Cir. Certiorari denied. *J. Matthews Neale* for petitioners. *Ralph F. Merchant* for respondents.

No. 460. MONTANARO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome Lewis* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.